IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DENNIS COONEY
ADC #132948                                                          PLAINTIFF

v.                          No. 4:23-cv-219-DPM

BROCKMAN, Sgt., Faulkner County
Detention Center; HUFFMAN,
Captain, Faulkner County Detention
Center; SCOTT, Lt., Faulkner County
Detention Center; TIM RYALS; and
DOES, Captain, "John" and "Jane,"
Faulkner County Detention Center                                     DEFENDANTS

ORDER

On *de novo* review, the Court adopts the Magistrate Judge's recommendation as modified, *Doc. 11*, and overrules Cooney's objections, *Doc. 12*. Fed. R. Civ. P. 72(b)(3). His allegations are concerning, but he has still not provided particulars about how he was harmed by specific individuals. Cooney's amended complaint will be dismissed without prejudice for failure to state a claim. An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

14 December 2023