# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

DENNIS COONEY
ADC #132948                                                              PLAINTIFF

v.                          No. 4:23-cv-219-DPM

BROCKMAN, Sgt., Faulkner County
Detention Center; HUFFMAN,
Captain, Faulkner County Detention
Center; SCOTT, Lt., Faulkner County
Detention Center; TIM RYALS; and
DOES, Captain, "John" and "Jane,"
Faulkner County Detention Center                                         DEFENDANTS

## JUDGMENT

Cooney's amended complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 December 2023